**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **AUDRA D. LUMPKIN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION 05-0523-KD-M** |
| **JO ANNE B. BARNHART,** **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the court on the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 5, 2006 (Doc. 24) and defendant's objections (Doc. 27). After due and proper consideration of all portions of this file deemed relevant to the issues raised and a *de novo* determination of those portions of the recommendation to which objection is made, the Court adopts, as modified, the recommendation that the Commissioner's decision to deny plaintiff's claim for social security benefits be reversed and remanded for further administrative proceedings consistent with the Magistrate Judge's recommendation. The recommendation is modified as follows:

At page 26, ¶ 2, line 20, strike the phrase "it incredible" and insert "not supported by the record";

At page 27, ¶ 1, line 1, strike the phrase "all the more unbelievable" and insert "unsupported."; and

At page 28, ¶ 1, line 13, strike the phrase "ALJ ignored them and reached his own, unsupported, conclusion." and insert "ALJ's opinion is not supported by substantial evidence."

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised and a de novo determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge, dated July 5, 2006, as modified, is **ADOPTED** as the opinion of this court and it is **ORDERED** that the decision of the Commissioner is hereby **REVERSED** and this action is **REMANDED** for further administrative proceedings consistent with the orders of this Court.

**DONE** this 2nd day of August, 2006.

**s / Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**