```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
AUDRA D. LUMPKIN,                    :
                                     :
     Plaintiff,                      :
                                     :
vs.                                  :    CIVIL ACTION 05-0523-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
     Defendant.                      :
```

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's attorney's Motion for Authorization of Attorney's Fees Pursuant to 42 U.S.C. § 406(b) be and is hereby **GRANTED** and that Plaintiff's attorney, Gilbert B. Laden, be and is hereby **AWARDED** a fee of $11,626.50 for his services before the Court.  It is **FURTHER ORDERED** that Mr. Laden pay to Plaintiff the sum of $4,200.00, which sum represents the EAJA fee counsel was previously awarded, plus an additional $1.00 due to a computation error in the children's withheld amounts.

DONE this 30th day of April, 2008.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE